Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAVEMART SUPERMARKETS dba FOODMAXX #414, et al.,<br><br>    Defendants. | No.  1:11−CV−01519−AWI −BAM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER** |

**WHEREAS,** this is a civil rights action by Plaintiff John Morales ("Plaintiff") against Defendant Save Mart Supermarkets dba Food Maxx #414 (erroneously sued herein as SaveMart Supermarkets dba FoodMaxx #414) ("Defendant," and together with Plaintiff, "the Parties") alleging violations of the Americans with Disabilities Act and related California law;

**WHEREAS**, the Parties are exploring early resolution of this matter and seek to minimize attorney fees and costs and conserve court resources;

**WHEREAS,** the Parties are awaiting the outcome of a site inspection of the subject property by a mutually agreed upon certified access specialist which will provide the foundation for settlement.  The Parties anticipate having the report of inspection imminently and are cautiously optimistic that a settlement will be reached shortly thereafter;

**WHEREAS**, the answer of Save Mart is due on November 21, 2011;

**IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including December 5, 2011 to file their responsive pleadings in this matter.  This extension of time is Defendant's first extension and does not alter the date of any event or any deadline

already fixed by Court order, but exceeds the twenty-eight days which can be granted without Court permission.

Date: November 22, 2011                           MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff John Morales

Date: November 22, 2011                           LANG, RICHERT & PATCH

/s/ Charles T. Taylor
Charles T. Taylor, Attorneys for
Defendant Save Mart Supermarkets
dba Food Maxx #414

## **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant Save Mart Supermarkets dba Food Maxx #414 in this action shall have to and including December 5, 2011 within which to file its responsive pleading.

IT IS HEREBY FURTHER ORDERED that the Scheduling Conference hearing is continued from December 14, 2011 to January 25, 2012 at 9:00 AM in Courtroom 8 before Judge McAuliffe.

Dated:   November 22, 2011            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE