Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAVEMART SUPERMARKETS dba FOODMAXX #414; HINDS INVESTMENTS, L.P.,<br><br>    Defendants. | No. 1:11−CV−01519−AWI−BAM<br><br>**NOTICE OF DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this matter be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 16, 2011          MOORE LAW FIRM, P.C.


                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff John Morales

///

///

*Morales v. SaveMart Supermarkets dba FoodMaxx #414, et al.*
Notice of Dismissal of Action; Order

Page 1

**ORDER**

Upon request of Plaintiff and good causing appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 16, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. SaveMart Supermarkets dba FoodMaxx #414, et al.*
Notice of Dismissal of Action; Order